UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PIERRE CLIFTON MARSHALL, | ) | CASE NO. CV 14-3649-BRO (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| LOUIS MILUSNIC, WARDEN, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the Petition is denied and the action is dismissed.

DATED:   August 5, 2014.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd